**Mikel R. BRICE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61137.**

Missouri Court of Appeals,
Western District.

March 11, 2003.

Mark Allen Grothoff, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen Kramer, Assistant Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

**ORDER**

Mikel R. Brice appeals the denial of his Rule 29.15 motion in which he asserted that he was denied effective assistance of both trial and appellate counsel. We affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Rodney K. JAMES, Appellant.**

**No. WD 61222.**

Missouri Court of Appeals,
Western District.

March 11, 2003.

Irene C. Karns, Assistant State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. Nixon (Jay), Attorney General, Patrick Morgan, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Mr. Rodney K. James appeals his convictions and sentences after being found guilty of three counts of delivering a controlled substance.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).